UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS TINGIRIDES, ) | No. EDCV 07-1323-ABC(CW) |
| ) | |
| Petitioner, ) | ORDER ACCEPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED STATES |
| v. ) | MAGISTRATE JUDGE |
| ) | |
| RICHARD SUBIA, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: July 22, 2011

AUDREY B. COLLINS
Chief United States District Judge