**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS TINGIRIDES, | No. EDCV 07-1323-ABC(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD SUBIA, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: _July 22, 2011_

AUDREY B. COLLINS
Chief United States District Judge